**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: 415.561-8440
Facsimile: 415.561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

**FLYNN, ROSE & PERKINS**
Charles B. Perkins – CSBN 126942
Susan D. Pelmulder – CSBN 234731
59 North Santa Cruz Avenue, Suite Q
Los Gatos, CA 95030
Telephone: 408.399.4566
Facsimile: 408.399.6683

Attorneys for Plaintiff
MAZIAR MOLKI

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| MAZIAR MOLKI, | ) CASE NO.  4:13-cv-01970-CW |
|  | ) |
| Plaintiff, | ) **STIPULATION OF DISMISSAL OF** |
|  | ) **ACTION WITH PREJUDICE; ORDER** |
| v. | ) |
|  | ) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

1

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No.  4:13-cv-01970-CW

IT IS HEREBY STIPULATED by and between the Plaintiff MAZIAR MOLKI and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

**SO STIPULATED.**

                                                  **RIMAC MARTIN, P.C.**

DATED: November 19, 2013      By: /s/ Anna M. Martin
                                                  ANNA M. MARTIN
                                                  Attorneys for Defendant
                                                  UNUM LIFE INSURANCE COMPANY
                                                  OF AMERICA

                                                **FLYNN, ROSE & PERKINS**

DATED: November 19, 2013      By: /s/ Charles B. Perkins
                                                  CHARLES B. PERKINS
                                                  Attorneys for Plaintiff
                                                  MAZIAR MOLKI

**SO ORDERED.**

Dated: 11/20/2013                  By: _____
                                                  CLAUDIA WILKEN
                                                  UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1051 Divisadero Street, San Francisco, California 94115.

On November 20, 2013, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

***STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER***

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on November 20, 2013 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

|  Robin Hale  |  */s/ Robin Hale*  |
|---|---|
| (Type or print name) | (Signature) |